4:22-cv-47-JHM

Stephen Bruce Vargasan

vs.

MG Freesites, LTD d/b/a Pornhub.com
Mindgeek USA, Inc
Individuals:
   Briget Renee Aussin
   Saul Caverly
   Louis Keyes
   Sheena Wilson
   Bobby Riley
   Jason Elder
   Bonnie Wangler
   James Mangan
   Jermaine Johnson
John Does, Jane Does

<u>Possible: ? Investigation Needed</u>
Mike Mallard, Paige Caanse
Lindsey Caldwell, Matthew Sohne
Tim Stone, Barbara Spainhoward
Crystal Jacoby, Chad Thornton
Adam Vixan, Adam Corbett
Danny Thomas, David Summers

**FILED**
JAMES J. VILT, JR. - CLERK
APR - 6 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

18 U.S.C. § 1595   FOSTA
Section 1595(a) Claim

Defendants 1) Knowingly benefited financially or by receiving anything of value 2) From participation in a venture 3) It knew or should have known has engaged in sex trafficking under section 1591
Doe v. Ricky Patel LLC 2020 WL 6121939 at * (S.D. FLA Sept 30 2020)
Doe v Mindgeek USA Inc F. Supp 3.d. 2021 WL 4167054 (C.D. Sept 3 2021)

Also several TORT claims
1. Negligent Infliction of Emotional Distress
2. Invasion of Privacy
3. Gang cyber-stalking and cyber-bullying
4. Assault and Battery
5. Defamation by Slander and libel
6. Gross Negligence
7. Negligent Supervision
8. Negligent Training
9. Civil Conspiracy

Pornhub is in violation of the Trafficking Victims Protection Reauthorization Act (TVPRA) 1855/1591 and 1595 based on Pornhub knew or was in reckless disregard of the fact that through monetization and providing, obtaining and maintaining sexual abuse material on its platform; Should have known that it was benefiting and supporting of facilitating violation of 1591.

Pornhub exposed me (Stephen Vargason) to various diseases, shock, pain and suffering, mental anguish, embarrassment, humiliation, brain damage and defamation. By allowing a group of sexual sadist to post thousands of videos of my ex-wife, (then current fiancée, (Briget Aussin) who also might be going by the alias (Kelly Aussin) for Pornhub purposes) with hundreds of different sex partners having unprotected sex. They posted thousands of videos within a short few weeks, Oct 25th - Nov. 19th. I first saw videos the day before Halloween "21"

This is going to sound like an episode out of the "Twilight Zone". My mind and my heart was preyed upon as soon as I got out of prison Feb 28th 2026. I was gang cyberstalked and bullied from May to November. If I overdosed from the ketamine they was slipping me or committed suicide as they planned for Halloween of '26, this would never have been known. A lot of the videos would be titled to humiliate me such as "Quickie before she goes home to her BF", "Fucking my best friends wife". I believe she is going by Kelly Aussin because I looked her up on Truthfinder and it showed she has a sister which she does not. Also came across a KCash account reciept that I have learned to be associated with Pornhub. I feel Pornhub is responsible for allowing so many degrading, humiliating videos directed to me to be posted of Briget obviously being trafficked for sex.

And obviously practicing sexual sadism. Hardly any of the videos show their faces, which should have been a red flag. They would allow the same people to use different videomaker names, they would post 10-11 videos per videomaker. Briget suffers from several mental disorders such as Borderline Personality Disorder, BiPolar Disorder, ADHD, and Depression. I believe she is a paraphilic and suffers from sexual sadism. I don't believe she can control her sexual urges or fantasies and I believe Saul Caverly, Louis Keyes, Sheena Wilson, Bobby Riley and others took advantage of her mental illness and drug addiction. Together they devised a plan to control my mind, humiliate me, ruin my life and force me to commit suicide. Pornhub should have notified authorities after seeing her have unprotected sex with so many different people, not showing their faces and she looks unconscious

in many of the videos. There are videos of her vagina getting urinated in, her showing her vagina broke out in warts, her getting double penetrated in her vagina, her wearing a strap on dildo on Louis Keyes, her getting gangbanged numerous times. Saul Cauerly who videoed and set up a lot of Briget's sex encounters who I believe goes by the alias Thomas E. Cauerly for Pornhub and Modelhub purposes, provided her with drugs in exchange for sex. Seeing the love of my life get sexually abused in every way possible with countless amount of dudes including most of my friends has been devastating. Has brought me to my knees, was such a blow to my brain that it caused me to go into a mental psychosis. The pain and humiliation did cause me to want to end my life.

Pornhub failed to take adequate

steps to prevent it's occurence.
Id at 969 United States v. Afyare
632 Fed Appx 272 (6th Cir 2016)
 Pornhub allowed obvious sexual
sadism trafficking.
MA v. Windham Hotels and Resorts, Inc
2020 WL 4368214 at *3 (N.D. Cal
July 30 2020) AB v. Hilton Worldwide
Holding Inc. 484 F. Supp. 3d 921,
937 (D. Or. 2020).
 They were held to know obvious sex
trafficking was going on based on
different dudes entering and leaving
the room, amount of towels needed
and they paid in cash.
Pornhub allowed these sadistic predators
to use their platform to allow my ex-
wife Briget Aussin to be trafficked
for sex, spread diseases and raped
from what I seen ALONG with
torturing my mind, my heart, my
emotions and my spirit. Only
GOD has kept me afloat.
Pornhub has structured its website

to facilitate sex trafficking. Doe 817, F.3d at 16.

Pornhub requires verification but allows the actors to hide their faces, wear mask (sadism), edit out potential identifying marks. Allow the same person to use different videomaker names. And I also believe they allow phony identification and credentials.

Just as bookselling in an establishment used for prostitution does not confer 1st amendment coverage to defeat a valid statue aimed at penalizing and terminating illegal uses of premises. Arcaro v. Cloud Books, Inc 478 U.S. 697, 707 (1986)

In Kentucky, every individual has a universal duty of care that imposes on each person "a duty to every other person to exercise ordinary care in his activities to prevent foreseeable injury. Dilts v. United Grp. Servs. LLC 500 F. App'x 440, 447 (6th Cir 2012)

This group of sexual sadists caused Intentional Infliction of Emotional Distress. Fard v. General Motors Corp 305 F 3.d 545, 555 (6th Cir 2007) Kroger Co v. Willgruber 920 S.W. 2d 61, 67 (Ky 1996)

I was in what I thought was monogamus relationships with Briget Aussin, then with Sheena Wilson (Parish). I believed Saul (Zeke) Caverly was one of my better friends, along with Bobby Riley and Jason Elder. This is the most sophisticated, pure evil case of cyber stalking and cyber bullying, mind control case ever imaginable. I will provide events that happened to drive me crazy, plant seeds, things to humiliate me seperately. Along with titles and videomakers on Pornhub. On TikTok and in person, they would tell stories about a cat or they would make "meow" sounds. Subliminal cat refrences, I was completely

10

lost for a while. I would stumble around and felt like my feet had bricks on them. Just became aware that these are effects of Ketamine, also called "Kat" or "Kai". Sheena posted a video on TikTok she made on Roblox titled "Making this with mama 'Kai'" referencing Ketamine. Briget had access to Ketamine because she worked at a dog grooming place in Evansville as a side job. On Roblox, they would get together and message and assassinate me on the game. I learned their usernames: Briget: CJ.Savage229 Sheena: she.a.slut.for.cj Saul: double.bac.on
I got on Briget's phone and downloaded the Roblox app and her username and password popped up. She previously denied even knowing anything about Roblox. Sheena would have videos on TikTok, username: she.a.slut.for.cj they would be clowning me and

I would read the comments to learn who was who. Shaw videos at how she didn't even like me. Unknown to me, Briget has been a prostitute and apparently heavy into BDSM. I feel like Briget and Sheena prostitute with the police, Bill Mills in particular. Briget has messaged Jason Ashworth of the Evansville Sheriff's Dept and worked with a "Fed" at Dante's in Evansville. There are tons of instances that she would be wearing something on Pornhub just so I would know it was her. They rarely show her face but I would notice her long black hair, the title, the name of the videomaker or the outfits she would be wearing.

Also when I would have sex with them, they would intentionally try to push their bodily fluids back onto me. Trying to infect me with their diseases, which I still haven't been checked

for.
Briget and Sheena both had access to my email and every other app I had. On TikTok I would get the most depressing, suicide promoting videos. They would also send me clips letting me know what's been going on the past few months leading up to Halloween. How Briget was rubbing my face in her sadism ways, degrading me, humiliating me, attempting to control my mind. I seen Briget's naked body showing off the reflection of Jason Elder's (my best friend) T.V. Her face timing Louis Keyes while I was working on my truck in his garage. Tons and tons of stuff like this. Sheena and Zeke have posted things on Facebook to humiliate me. They took advantage of Briget's mental disorders and drug addiction and coerced her to do the nastiest

most disgusting sex acts imaginable. They would steal my phone, record sex acts, post it to Pornhub, then try to give it back. Briget did steal my IPhone and Sheena's sister Vashawn ended up with it. Saul (Zeke) posted on Facebook about it, trying to get me to track it, probably attempting to set up an assault. I would be videoed without my consent at Sheena's, Bobby Riley's and Saul Caverly's. There is a SD card with a video portraying me to be a child molester, theif, woman beater, amongst other things. I learned of it from Joseph Wagner. There are a lot of people involved, to what extent, I don't know. It is hard to investigate and gather evidence from a jail cell, which they also set up. This is just the tip of the iceberg of the torture I endured for better than the 6 months

I was act.
42 U.S.C. § 1983. A civil conspiracy an agreement between two or more persons to injure another by unlawful action. Revis v. Meldrum 489 F.3d 273, 290 (6th Cir 2007)

This group of people potentially going by the name "~~____~~" Mustang gang" devised a deviant plan to belittle, degrade, humiliate, frighten, infect me with diseases, confuse me, destroy my mind, my confidence, my trust, but their single plan of action was to force me to commit suicide. Everyone in my life besides my family was acting.

I allege that 1) a single plan consisted 2) The conspirators shared an objective to deprive me of my constitutional rights 3) An overact was committed. Pritchard v. Hamilton Twp. Bd. of Trustees 424 F. App'x 492, 508 (6th Cir 2011)

So Outrageous in character and so extreme in degree, as to go beyond all possible

bounds of decency and to be regarded as atrocious and utterly intolerable in a civilized community." Humana of KY, inc v. Seitz 796 S.W.2d 1, 3 (KY 1990)

I would guess the damage to my brain is extensive. The Ketamine that was unknowingly gave to me on top of the trauma seeing the love of my life in thousands of Pornhub videos, drove me into a mental psychosis that lasted for weeks.

I would love to get a CT scan and talk to a psych doctor. I have put in to see the psyche doctor but was never seen. I will attempt again once I get shipped to prison.

I experience: still ringing in my ears are constant, I experienced tremors, my whole body would would feel like it was vibrating. Nightmares every time I go to sleep. This whole ordeal

consumes my mind. Humilation, Defamation, Embarrassment, Shock, Pain and Suffering. I will never trust another soul. I will always feel like people are talking about me or being subliminal. Feel like I have to figure riddles out. Mental Anguish, Lonliness, Depression, Loss of Enjoyment of Life. Brain Damage

I feel with the evidence provided or gathered I will prove FOSTA and TVPRA conspiracy of sex trafficking and negligence that resulted in my injuries. And for that I am requesting compensatory damages of $5,000,000 dollars along with Punitive damages of $25,000,000 dollars with any future medical bills.

Date 4-4-22                Stephen Vargasan
Notary Unavailable Stephen Vargasan
                           #158419

Stephen Vang &son #158419
Henderson C. Detention Center
380 Borax Drive
Henderson, KY 42420



United States District Court
Western District of Kentucky
106 Gene Snyder Courthouse
601 West Broadway
Louisville, KY 40202

**RECEIVED**
JAMES J. VILT, JR. - CLERK
APR 06 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

HENDERSON COUNTY
DETENTION CENTER
HENDERSON, KY 42420