This group devised a plan to have some sort of mind control over me and they laid out a plan to destroy me and force me to commit suicide. I even think they tried to overdose me on Ketamine amongst other things. I am going to lay out events that happened, things they done to play with my mind and serve their sexual sadism ways. They did things to confuse me along the way, and they drugged me. I'm sure I can make a timeline when alone and with a calendar.

1) She would show me that her breasts were lactating a brown liquidy substance.
2) I suspect she did "Breast Torture", her breasts look deflated and she just had breast surgery the beginning of Feb '22', had a knot removed.
3) She let me go through her phone just so I would see that she googled BDSM over a year ago from the time I seen it. (Sept '21')
4) Seen on TikTok, reflection off Elder's TV showing her naked breasts
5) She videovisited me dressed as superwoman & Alice-in-wonderland, fixing to fulfill a fantasy.
6) On TikTok, seen where she was facetiming Louis Keyes while I was working on my truck in his garage.
7) She took me to Matt Sohne's to get my hair cut, I suppose she did foul things then came in and tried to kiss me. After leaving, she made it a point

to tell me it was the worst haircut ever. On YouTube: Bruce the Barber, Matt Sohne did a voiceover on one of them degrading me, revealing that Briget was a "hoe" and she was snapchatting him while I was getting my hair cut.

8) On TikTok, it mentioned them doing something disgusting to my bucket hat that I left at Louis Keyes while working on my truck. Mitch and Anna (Louis Keyes sister) brought it to me.

9) Matt Sohne also took me to his river camp, which I would later recognize in Pornhub videos.

10) The lights were off at Bobby Riley's, it looked like Briget was bleeding from her head. Her hair was turning Red, I was concerned because she is a "cutter". Turned on the lights and it immediately went away. Couple months later, I would see on Tik Tok, a bottle of glow in the dark dye on Bobby Riley's window pane. Messing with my mind.

11) Sheena's vagina would usually take a while to get wet, one night, it was already wet. I questioned it, but had sex with her anyways. On TikTok, it explained that my thoughts were correct.

12) Briget would steal things such as laptop, phone, Zeke and Louis Keyes would end

up with them
13) Briget took me to get a massage just so I would see her getting a massage on Pornhub by Louis Keyes time stamped over a year earlier.
14) She would wear things so I would notice them in videos such as: Knee high boots (black), a white onesy, 2 lingerie outfits, The Wand (a white sex toy). She would make me tie her up, just so I would see her tied up on Pornhub, showing she has already experienced it.
15) Put a translator in my truck. A couple months later I would see her in Pornhub videos titled in a different language. The videomaker would be in English.
16) There are Brittany Babbles audio written by U/Mental Trap that she directs at me. Degrades me, humiliates me, talks of me dying from shame, raping my corpse.
17) She stole my IPhone and gave it to Sheena who gave it to her sister. She also tossed it out the window so that I would have to use a less secure phone. I got it fixed, then she stole it while staying at Holiday Inn
18) I gave a phone to Saul Cauerly, they proceeded to make videos on it. Louis Keyes gave it

back but the power button didn't work and Briget stole it back.

19) On TikTok, it showed someone messing with what looked like my truck, my reverse went out and still doesn't work.

20) Picture of what looked like the back of my head with a dick in his mouth on TikTok or Pornhub.

21) Briget has an OnlyFans account Chasityxxx where she will fulfill ANY FANTASY. Seen advertisement on Pornhub video.

22) Showed me her backseat just so I would see a blanket and pillows.

23) She took me to James Morgan's just so I would play a game of pool on a pool table that I would later see on Pornhub. Trust No One. Also would see a tanning bed then see it again at Jason Elder's. Then again on Pornhub.

24) Sheena taught her niece to scream "No! Please God Don't! No!" I assume there was a video posted on Pornhub before Halloween of Briget screaming No.

25) Sheena gave me something to knock me out, naked, she placed her niece down with me & put a butt plug in me & proceeded to video it for 12 minutes. According to Joseph Wagner

And Beeri Shuely's daughter said she seen it at Bobby Riley's.

26) I would also see the pool table at Bobby Riley's, the same one.

27) She took me to Florida before getting me locked up. I assume there are videos of her on the beach. Seashells.

28) She had sex with all my "friends" and made sure I would find out. They would all text each other my whereabouts.

29) She got a job as a covid tester for schools, tried to get me to pick her out some scrubs. Shortly after I seen her in a Pornhub video "Covid Nurse"

30) Took me to sex shop to pick out toys so she would later use them with other people on Pornhub.

31) People would say things about Pink Butterflies and hearts. I came across them on Bobby Riley's facebook, a pic on Oct 24th. Briget went with them to Garden of the Gods and had sex.

32) I got Zeke & Louis Keyes tattoo guns. On TikTok I would see what looked like Briget and Sheena tatted up. Briget didn't have any, haven't seen Sheena. Just to drive me crazy.

33) Zeke went out of town. He never went anywhere. He made sure that I seen him facetiming some black dude. Later Briget would tell me that she slept with someone from Bardstown. Zeke prostituted her out in Bardstown.

34) Picked Zeke up to take him to get his check and to cash it. I'm thinking she might have done something at his boss's house, but while I was gone her snapchat location showed her at the Corydon Post Office, A short distance from Louis Keyes, whom I haven't seen yet.

35) She went to Wal-Mart and snapchat location showed her to be in an alley.

36) She would say that she wanted to take a vacation to Miami. I would always say that I wanted to bust a nut on her face On Pornhub, Big Smoke 305, I seen her face getting cummed on while getting gang banged Title: "He called me a nigga so me and the team did this to his wife" I assume it's Jermaine Johnson or Daunte, whom she worked for.

37) Zeke would mention "Octapussy" and say that he had a bad blonde chick, so I would see Briget in a video titled "Octopussy" & she would have blonde hair in videos

38) On TikTok, I would get clips about Batman and Joker, also cat references which I have learned is referencing "Ketamine" which they were spiking my drinks with. I would see videos of Joker (Elder) doing shit behind my back (Bruce Wayne) my name is Bruce. Bruce's secretary being a whore, in a bubble by her head "Who told Bruce?"

39) Sheena would bleach all the cups and utensils when I stayed with her because she was spiking me with poison or Ketamine

40) I would see on TikTok, what looked like a pitcher of antifreeze being poured in a cup.

41) Zeke would show me jewelry just so I would notice it on Briget in Pornhub videos

42) Briget would get me to shave her vagina just so I would see on Pornhub that somebody has already shaved it.

43) I told Zeke some ideas, he stole them & proceeded to do them with Briget and Sheena. Sent me a facebook post. "If FB (faggot Bruce) don't want to fuck with me that's cool. I will chew through your shit and prove that you don't own any proprietary rights or any real pro vision." Also he posted "1617" about black people, I assume it's the

time he took her to Bardstown to get gang banged by some black dudes

44) Sheena would have people come over so I would notice them having sex with Briget on Pornhub.

45) Briget and Sheena stole jewelry, T.V., Playstation 4, phones, system & tools.

⊛ Radar Detector, cameras (surveillance)

46) They made Anime cartoons on Pornhub, Madelthub.

47) I would use the bathroom #2, 10-15 times a day until I finally quit taking drinks or food from anybody.

48) I think they were also giving me eyedrops or Ketamine to knock me out. I would see on Pornhub where she would be with Zeke while talking about me being in the other room.

49) She took a picture of me & her in front of Bobby Riley's refrigerator just so I would see her in front of it on Pornhub.

49) The first time I seen Briget, she had long yellow fingernails which I would later see her wearing on Pornhub. But she made me wear a rubber just so I would know that I've been played with the whole time I was out once I

saw the Pornhub videos around Halloween. A full 7 months later.

50.) Bruce Rants on YouTube; they would do a voice over, show him looking like a Robot (Roblox) and being racist.

51.) TikToks making ~~fred~~ fun of my teeth, boxers, little wheels on my mom's Tahoe that I was driving.

52.) Sheena had a sex swing, made it a point to let me know that it was missing. It appeared later so I assume there are videos of Bridget in the swing on Pornhub.

53.) Bought a bottle of mucinex, purple top, ripped off the label before I seen it. I guess she was prepping for anal or there is a bottle on Pornhub video that I missed.

54.) Bridget would get on top of me and bite me and bark like a dog. Bobby Riley had a white pit bull for a couple of days and Zeke mentioned his pit bull missing... I'm guessing there is a video of Bridget doing some Beastiality with them dogs.

55.) Bridget asked me my nationality, I told her Dutch, later I seen her on Pornhub titled something to do with Dutch.

56.) In the mirror, she said that we could

pass for brother and sister. I'm sure there are incest videos of us on Pornhub

57) She made me video her masterbate, she didn't get off for 2½ hours. I guess she was holding her orgasm on some BDSM sadism thing. And I'm sure there was a video clowning me for not being able to get her off on Pornhub.

58) Got me to put pillows under her just to see her ~~scott~~ with pillows under her on Pornhub.

59) Had sex with her upside down, then I seen her tied up and upside down on Pornhub.

60) Bonnie Waugher brought a laptop to Zeke's which I'm sure was used to video & edit Briget's sex encounters.

61) He would say that I was a watcher, a jumper, just planting seeds in my brain - driving me into a psychosis

62) Louis Keyes mentioned Tim Stone a lot, so I know he is involved some type of way.

63) Miranda mentioned Briget having sex with one of Zeke's OLD friends for a pack of cigarettes. He made sure I seen him before Miranda told me

64) She had "The Cut" app on her phone. She said it was for a barber but now I know it was time slots for her prostituting.

65) Zeke's friend from Texas, showed me videos of Biden touching on little girls — made me feel like I was to kill chomos. Driving me into psychosis.

66) Louis Keyes mentioned his niece being Beautiful, I suspect he might have messed with her.

67) I seen a lot of "Bish" refrences, later I would see on Pornhub.

68) Felt Knots on Briget's head, a lot of them. I thought she caused them herself. Now I believe she was beat over some dominant, dicipline BDSM session.

69) She staged a fight and Zeke called me to come get her. Then she went to Louis Keyes whom I only thought she just met. Later Louis Keyes would tell me she only cost a 1/16th, for sex.

70) Would see Briget with a tint of Blue hair, then I would see her with blue hair on Pornhub. One titled "Pokemon" day before Halloween

71.) Also day before Halloween "21" I seen her vagina getting double penetrated by Zeke and Louis Keyes titled "threesome" also seen her wearing a dildo as a strap-on and having anal sex with Louis Keyes.

72.) I would see pitchfork signs on TikTok, Briget would throw one up on way back from Florida.

73.) Met Lindsey Caldwell at Trop, cana Hotel, she was with Sharla Patterson. Black dude Rheicko was there, later would see him with Briget on Pornhub, his name was on side of the video.

74.) Black truck would follow me to Zeke's, then speed off. Also it pulled up to Bobby Riley's revved up the engine then took off. Playing mind games and making me feel like I was being followed and to frighten me.

75.) Gray dodge charger was following me.

76.) Sheena would say Brandi Harris's wasn't born Brandi Harris's

77.) Adam Nixon would always have his bulletproof vests out, I'm sure Briget is wearing it in Pornhub videos.

78.) She brought me to Econo lodge, there was a wet spot already there. She

told me that she played with herself. I would see her later on Pornhub.

79.) Something to do with Mustang Gang.

80.) Bought me a bottle of Sauvage, Clowning me, Roblox - CJ Savage, plus it stunk so I think she put something else in the bottle.

81.) Tried to get me to buy her a wedding ring, just so I would see it later.

82.) Got my name tatted on her back. The only tatts she has are memorials. And I'm guessing I would see it on Pornhub

83.) She had a "Chad Aussom" on her Facebook, Chad Rauch, I feel both are Transvetism, Briget I think suffers from gender dysphoria as well. She would show me of her with mustache and beard on an app.

84.) Would call police on me all the time, scaring me, bringing me fear.

85.) Would speed in excess of 100 mph. We got pulled over in Tennessee.

86.) She always undered me while she was pooping, her eyes would roll back in her head, orgasm, sadism.

87.) Briget has mentioned her dad might have molested her as a child.

88.) She gave Bobby Riley's title to his truck out of my glove box without my knowledge, truck was in my name.

89.) I'm sure they made Rap songs about me, sent me a snapchat picture of her with a microphone Zeke says he writes raps.

90.) When having sex, she would reach under pillows, scaring me thinking she would pull out a knife.

91.) Briget & Sheena's breath always stunk and Briget would not shower for days. Sadism.

92.) Briget had a Tahoe, same color as my moms, almost same make when I got out.

93.) Sheena had a colorful yellow rug that I would see on Pornhub.
Everything they did was with evil intent. Mind control psychosis. Briget suffers from many mental disorders. I'm sure there is much more that I missed & I'm sure they want to reveal their masterpiece of a plan. And it all was possible due to Pornhub's platform and their negligence.

94.) Messaged Mike Mallard, he told me he was Omega, then I seen him & Briget "Omega"